**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION**

**JAMES ESTUS SMITH**

**VS.**                                    **CIVIL ACTION NO. 2:11cv221-KS-MTP**

**NAKIA ANDERSON, ET AL**


ORDER ADOPTING REPORT AND RECOMMENDATION

This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge entered herein on February 13, 2013, after referral of hearing by this Court, no objections having been filed as to the Report and Recommendation, and the Court, having fully reviewed the same as well as the record in this matter, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation be, and the same hereby is, adopted as the finding of this Court, and the Complaint is hereby dismissed with prejudice as to Defendants Nakia Anderson, Rita Bonner, Chiquita Brown, Ron King, Debra Platt, Joy Ross, Charles Tossy, John Welford, and Renon Williams.  A separate judgment will be entered herein in accordance with this Order as required by Rule 58 of the Federal Rules of Civil Procedure as to the previously named Defendants..

SO ORDERED, this the 21st day of March, 2013.

*s/Keith Starrett*
UNITED STATES DISTRICT JUDGE